denied. *L. E. Dubon* for petitioner. *James R. Beverley* for respondents.

No. 134. GULF-TIDE STEVEDORES, INC. ET AL. *v.* VORIS, DEPUTY COMMISSIONER. C. A. 5th Cir. Certiorari denied. *John R. Brown* and *E. D. Vickery* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *Benjamin Forman* for respondent.

No. 137. ILLINOIS COMMERCE COMMISSION *v.* ILLINOIS CENTRAL RAILROAD Co. Supreme Court of Illinois. Certiorari denied. *Latham Castle,* Attorney General of Illinois, and *Grenville Beardsley, John L. Davidson, Jr.* and *William C. Wines,* Assistant Attorneys General, for petitioner. *John W. Foster, Joseph H. Wright* and *Herbert J. Deany* for respondent.

No. 138. EXCEL AUTO RADIATOR Co. *v.* BISHOP & BABCOCK MANUFACTURING Co. C. A. 6th Cir. Certiorari denied. *Benton Baker* and *Max W. Zabel* for petitioner. *John H. Watson, Jr., John T. Scott* and *Arthur H. Boettcher* for respondent.

No. 139. PAUL A. STRAUB & Co., INC. *v.* UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *John D. Rode* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, John R. Benney, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 141. FAMOUS REALTY, INC. *v.* MITCHELL, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied. *L. Agnew Myers, Jr.* for petitioner. *Solicitor General*

824

*Soboloff, Bessie Margolin* and *Sylvia S. Ellison* for respondent.

No. 142. UNITED MINE WORKERS OF AMERICA ET AL. *v.* PATTON ET AL., DOING BUSINESS AS LAUREL BRANCH COAL CO. C. A. 4th Cir. Certiorari denied. *Harrison Combs* and *M. E. Bojarsky* for petitioners. *Fred B. Greear* for respondents.

No. 143. KEARNEY-TRECKER EMPLOYEES LOCAL 1083, U. A. W.-C. I. O. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Max Raskin* for petitioner. *Solicitor General Soboloff* and *George J. Bott* for the National Labor Relations Board; and *Leon B. Lamfrom* and *Helen F. Humphrey* for the Kearney & Trecker Corporation, respondents.

No. 144. COLLINS *v.* COLLINS. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Craig T. Stockdale* for petitioner.

No. 146. MATHER *v.* JONATHAN WOODNER Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Nathan M. Lubar, Jack L. Friedlander* and *Leonard S. Melrod* for petitioner. *Louis M. Denit, Thomas S. Jackson* and *Martin R. Fain* for respondent.

No. 148. MARCUS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Eugene A. Tappy* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.